**T I F F A N Y  &  B O S C O**
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-22670/0046563946

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Cheryl K. Williams<br>　　　　　Debtor.<br>_____<br>Wells Fargo Bank, N.A.<br>　　　　　Movant,<br>　　　vs.<br><br>Cheryl K. Williams, Debtor, Jill H. Ford, Trustee.<br><br>　　　　Respondents.<br>_____ | No. 2:09-BK-20053-RTB<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #13) |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated September 24, 2004 and recorded in the office of the Pinellas County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Cheryl K. Williams has an interest in, further described as:

> Condominium Unit No. 212, of Audubon Villas Condominium, a condominium, according to the Declaration of Condimium thereof recorded in Official Records Book 13652, page 1025, of the public records of Pinellas County, Florida, as may be amended from time to time, together with an undivided interest in the common elements thereto.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT